IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THOMAS ALFRED USHER,

    Plaintiff,                                No. CIV S-10-3366 EFB P

    vs.

TIM VIRGA,

    Defendant.                            ORDER

_____/

       Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983.  This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1) and is before the undersigned pursuant to plaintiff's consent.  *See* 28 U.S.C. § 636; *see also* E.D. Cal. Local Rules, Appx. A, at (k)(4).

       On January 5, 2011, the court found that plaintiff had failed to pay the filing fee required by 28 U.S.C. § 1914(a) or a request to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915(a)(1).  The court further found that plaintiff had failed to file a complaint, which is necessary to commence a civil action under Fed. R. Civ. P. 3.

       Accordingly, the court granted plaintiff thirty days in which to (1) pay the filing fee or request leave to proceed *in forma pauperis* and (2) to file a complaint.  The order admonished plaintiff that failure to comply would result in dismissal.

1  The 30-day period has expired and plaintiff has not paid the filing fee, filed an
2  application for leave to proceed *in forma pauperis*, a complaint or otherwise responded to the
3  court's order.
4  Accordingly, this action is dismissed without prejudice.
5  Dated: February 14, 2011.

                                    _____
                                    EDMUND F. BRENNAN
                                    UNITED STATES MAGISTRATE JUDGE

2